**Order filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-11-01002-CV

———————————

**CHRISTINE E. REULE, Appellant**

**V.**

**RLZ INVESTMENTS, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1001350**

---

## O R D E R

The notice of appeal in this case was filed November 16, 2011. To date, the filing fee of $175.00 has not been paid. On December 9, 2011, a partial clerk's record was filed. The record reflects that appellant's request to proceed as a pauper on appeal was denied by the trial court on November 29, 2011. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **February 8, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM